**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
**4/16**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Aperion Biologics, Inc. |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **FDBA  Crosscart, Inc.** <br> **ABI** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 94-3254618 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **11969 Starcrest Drive** <br> **San Antonio, TX 78247** <br> Number, Street, City, State & ZIP Code | |
| | P.O. Box, Number, Street, City, State & ZIP Code |
| **Bexar** <br> County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | aperionbiologics.com |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor      **Aperion Biologics, Inc.**                                    Case number (*if known*) _____
            Name

**7.  Describe debtor's business**     A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_3391_

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**     *Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | | Relationship | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor    **Aperion Biologics, Inc.**                                    Case number (if known)
     Name

---

**11. Why is the case filed in this district?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

■ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

■ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**    **11969 Starcrest Drive**
**San Antonio, TX, 78247-0000**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

■ Yes.    Insurance agency    **Alamo Insurance Group / Brown Brown, Inc.**

    Contact name    **Holly Veenker**

    Phone    **210-930-6665**

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    Check one:

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

Debtor    **Aperion Biologics, Inc.**

Name

Case number (*if known*) _____

| | |
|---|---|
| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December  6, 2017**
MM / DD / YYYY

**X** **/s/ James B. Smith**
Signature of authorized representative of debtor

**James B. Smith**
Printed name

Title    **Interim Chief Financial Officer**

**18. Signature of attorney**

**X** **/s/ David M. Klauder**
Signature of attorney for debtor

Date    **December  6, 2017**
MM / DD / YYYY

**David M. Klauder**
Printed name

**Bielli & Klauder, LLC**
Firm name

**1204 N. King St.**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone    **302-803-4600**    Email address    **dklauder@bk-legal.com**

**DE - 5769, PA - 207309**
Bar number and State

**ACTION BY UNANIMOUS WRITTEN CONSENT OF
THE BOARD OF
APERION BIOLOGICS, INC.
a Delaware corporation**

Under and in accordance with Section 141(f) of the Delaware General Corporation Law, the undersigned, constituting all the members of the Board of Directors (the "Board") of Aperion Biologics, Inc., a Delaware corporation (the "Company"), hereby execute this instrument to evidence their consent to the taking of the actions set forth herein, and the adoption of the following preambles and resolutions in lieu of a meeting of the Board:

**APPROVAL AUTHORIZING FILING OF CHAPTER 7 BANKRUPTCY PETITION FOR RELIEF**

**WHEREAS,** the Board has considered the financial aspects of the Company;

**WHEREAS,** the Board has determined that the Company shall file a voluntary petition (the "Bankruptcy Proceeding") under the provisions of chapter 7 of title 11 of the United States Code, as amended (the "Bankruptcy Code"); and

**WHEREAS,** the Board has reviewed and considered the Company's options and the recommendations of professionals and advisors to the Company as to the terms of the proposed liquidation to be implemented during the Bankruptcy Proceeding.

NOW, THEREFORE, IT IS HEREBY RESOLVED:

1.      It is desirable and in the best interests of the Company, its creditors and other interested parties, that a voluntary petition (the "Petition) be filed by the Company under the provisions of chapter 7 of the Bankruptcy Code, with said Petition to be filed in the United States Bankruptcy Court for the District of Delaware.

2.      James B. Smith, CPA (the "Designated Person") hereby is authorized, directed, and empowered, on behalf of and in name of the Company, (i) to execute and verify the Petition and all documents ancillary thereto, to cause the Petition to be filed with the United States Bankruptcy Court for the District of Delaware, and to make or cause to be made prior to the execution thereof any modifications to the Petition or such ancillary documents that, in the judgment of the Designated Person, may be necessary, appropriate, or desirable, and (ii) to execute, verify, and file or cause to be filed all

petitions, schedules, lists, motions, applications, and other papers or documents that, in the judgment of the Designated Person, may be necessary, appropriate, or desirable in connection with the foregoing.

3.      The Board is authorized and empowered to employ, on behalf of the Company, Bielli & Klauder, LLC, a law firm with experience and expertise in the areas of bankruptcy liquidations of businesses in similar situations to that of the Company.

4.      The Board is authorized and empowered on behalf of the Company to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such instruments as each in her discretion may deem necessary or advisable to carry out the purpose and intent of the foregoing resolutions.

5.      All of the acts and transactions of the Board that relate to matters contemplated by the foregoing resolutions that have been undertaken in the name of and on behalf of the Company prior to the effective date of these resolutions are hereby in all respects approved, confirmed, and ratified.

Facsimile or electronic mail submissions of the signatures provided for below may be relied upon and shall have the same force and effect as the original of such signature.

This consent to action is effective as of the date below.

IN WITNESS WHEREOF, the undersigned, in their capacity as the Board of the Company, has executed this written consent as of the date written below.


**Aperion Biologics, Inc.**

Dated:  December 6, 2017

_____
David Anderson


_____
Alfred Holcomb


_____
Kevin Stone, M.D.

petitions, schedules, lists, motions, applications, and other papers or documents that, in the judgment of the Designated Person, may be necessary, appropriate, or desirable in connection with the foregoing.

3.    The Board is authorized and empowered to employ, on behalf of the Company, Bielli & Klauder, LLC, a law firm with experience and expertise in the areas of bankruptcy liquidations of businesses in similar situations to that of the Company.

4.    The Board is authorized and empowered on behalf of the Company to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such instruments as each in her discretion may deem necessary or advisable to carry out the purpose and intent of the foregoing resolutions.

5.    All of the acts and transactions of the Board that relate to matters contemplated by the foregoing resolutions that have been undertaken in the name of and on behalf of the Company prior to the effective date of these resolutions are hereby in all respects approved, confirmed, and ratified.

Facsimile or electronic mail submissions of the signatures provided for below may be relied upon and shall have the same force and effect as the original of such signature.

This consent to action is effective as of the date below.

IN WITNESS WHEREOF, the undersigned, in their capacity as the Board of the Company, has executed this written consent as of the date written below.

**Aperion Biologics, Inc.**

Dated:  December 5, 2017

_____
David Anderson

_____
Alfred Holcomb

_____
Kevin Stone, M.D.

petitions, schedules, lists, motions, applications, and other papers or documents that, in the judgment of the Designated Person, may be necessary, appropriate, or desirable in connection with the foregoing.

3.      The Board is authorized and empowered to employ, on behalf of the Company, Bielli & Klauder, LLC, a law firm with experience and expertise in the areas of bankruptcy liquidations of businesses in similar situations to that of the Company.

4.      The Board is authorized and empowered on behalf of the Company to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such instruments as each in her discretion may deem necessary or advisable to carry out the purpose and intent of the foregoing resolutions.

5.      All of the acts and transactions of the Board that relate to matters contemplated by the foregoing resolutions that have been undertaken in the name of and on behalf of the Company prior to the effective date of these resolutions are hereby in all respects approved, confirmed, and ratified.

Facsimile or electronic mail submissions of the signatures provided for below may be relied upon and shall have the same force and effect as the original of such signature.

This consent to action is effective as of the date below.

IN WITNESS WHEREOF, the undersigned, in their capacity as the Board of the Company, has executed this written consent as of the date written below.


**Aperion Biologics, Inc.**


Dated:  December 5, 2017

_____

David Anderson

_____

Alfred Holcomb

_____

Kevin Stone, M.D.

**Fill in this information to identify the case:**

Debtor name    **Aperion Biologics, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __December  6, 2017__        X /s/ James B. Smith
                                            Signature of individual signing on behalf of debtor

                                            **James B. Smith**
                                            Printed name

                                            **Interim Chief Financial Officer**
                                            Position or relationship to debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Delaware

In re  **Aperion Biologics, Inc.** _____  Case No. _____
                                  Debtor(s)              Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, I have agreed to accept | $ | **10,000.00** |
    | Prior to the filing of this statement I have received | $ | **10,000.00** |
    | Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

    ■ Debtor          ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor          ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
        reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
        522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
        any other adversary proceeding.**

---

## CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**December  6, 2017** _____        **/s/ David M. Klauder** _____
_Date_                                                **David M. Klauder**
                                                      _Signature of Attorney_
                                                      **Bielli & Klauder, LLC**
                                                      **1204 N. King St.**
                                                      **Wilmington, DE 19801**
                                                      **302-803-4600  Fax: 302-397-2557**
                                                      **dklauder@bk-legal.com**
                                                      _Name of law firm_

---

**Fill in this information to identify the case:**

Debtor name   **Aperion Biologics, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................... $   **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................. $   **398,210.45**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................... $   **398,210.45**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $   **76,490.12**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $   **915,534.41**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$   **16,589,029.39**

4. **Total liabilities** ...........................................................................................
   Lines 2 + 3a + 3b       $   **17,581,053.92**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|
| Debtor name **Aperion Biologics, Inc.** |
| United States Bankruptcy Court for the: DISTRICT OF DELAWARE |
| Case number (if known) _____ |

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Amegy Bank of Texas** | **Checking** | **9061** | **$6,210.60** |
| 3.2. | **Amegy Bank of Texas** | **Money Market** | **9320** | **$0.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | $6,210.60 |
   |---|

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ■ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ■ No.  Go to Part 4.
   ☐ Yes Fill in the information below.

**Part 4:**    **Investments**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **Aperion Biologics, Inc.**                                Case number *(if known)* _____
Name

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- | --- |
| 19. | **Raw materials** Packaging protective equipment | 9/30/2016 | $22,628.18 | book value | $22,628.18 |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** ZLig | 9/30/2016 | $29,140.24 | book value | $29,140.24 |
| 22. | **Other inventory or supplies** Enzyme | 9/30/2016 | $248,253.42 | book value | $248,253.42 |

23. **Total of Part 5.**                                                                           $300,021.84

Add lines 19 through 22.  Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
☐ No
☑ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **Aperion Biologics, Inc.**        Case number *(If known)* _____
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Assorted office furniture** | **$6,000.00** | book value | **$6,000.00** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **Computers and printers** | **$1,200.00** | book value | **$1,200.00** |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | **$7,200.00** |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
□ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
□ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

□ No. Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **Laboratory equipment and clean room** | **$15,778.01** | book value | **$15,778.01** |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

| | **$15,778.01** |
|---|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
□ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **Aperion Biologics, Inc.**                                    Case number *(If known)* _____
          Name

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 9: | Real property |

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Commercial space located at 11969 Starcrest Dr., San Antonio, TX 78247** | Leasehold | $0.00 | | $0.00 |

56.    **Total of Part 9.**                                                                                  | $0.00 |

       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ■ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 10: | Intangibles and intellectual property |

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets**<br>**Patents (13) and patent applications** | Unknown | | Unknown |
| **Trademarks (2)** | Unknown | | Unknown |
| 61.    **Internet domain names and websites**<br>**Website** | $35,000.00 | book value | $35,000.00 |
| 62.    **Licenses, franchises, and royalties** | | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    **Aperion Biologics, Inc.**                                    Case number *(If known)* _____
          Name

| 63. | **Customer lists, mailing lists, or other compilations** | | | | |
| | **Customer list** | | **Unknown** | | **Unknown** |
| | | | | | |
| | **Animation and videos** | | **$34,000.00** | book value | **$34,000.00** |

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**                                                 | **$69,000.00** |

       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 11:    All other assets**

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☐ No.  Go to Part 12.
     ■ Yes Fill in the information below.

|  |  | **Current value of debtor's interest** |
| --- | --- | --- |

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

       **Net operating loss of $23,875,010.00**              Tax year **9/30/2016**         **$0.00**

73.    **Interests in insurance policies or annuities**
       **Corporate, product liability, and directors and officers
       insurance policies**                                                    **$0.00**

74.    **Causes of action against third parties (whether or not a lawsuit
       has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of
       every nature, including counterclaims of the debtor and rights to
       set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,

Debtor    **Aperion Biologics, Inc.**                                                Case number *(If known)* _____
                  Name

country club membership

78.    **Total of Part 11.**                                                                                    $0.00
          Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
          ■ No
          ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **Aperion Biologics, Inc.** | Case number *(If known)* |
|---|---|---|
| | Name | |

**Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $6,210.60 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $300,021.84 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $7,200.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $15,778.01 | |
| 88. **Real property.** *Copy line 56, Part 9*........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $69,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $398,210.45 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $398,210.45 |

**Fill in this information to identify the case:**

Debtor name  **Aperion Biologics, Inc.**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **Crosscart, LLC** | | |
|---|---|---|---|

Creditor's Name

**3727 Buchanan St., Ste. 300**
**San Francisco, CA 94123**

Creditor's mailing address

**kstonemd@stoneclinic.com**

Creditor's email address, if known

Date debt was incurred
**10/9/2017**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**All assets of Debtor - first priority**

Describe the lien
**Contractual lien**
Is the creditor an insider or related party?
☐ No
☑ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$50,000.00**   **$713,220.31**

| 2.2 | **North Link Group, Inc.** | | |
|---|---|---|---|

Creditor's Name

**10101 Reunion Pl., Ste. 970**
**San Antonio, TX 78216**

Creditor's mailing address

**kathy.stout@gmail.com**

Creditor's email address, if known

Date debt was incurred
**11/17/2017**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?

Describe debtor's property that is subject to a lien
**All assets of the Debtor - priority 2**

Describe the lien
**Contractual lien**
Is the creditor an insider or related party?
☐ No
☑ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

**$16,490.12**   **$713,220.31**

Debtor    **Aperion Biologics, Inc.**                              Case number (if know) _____
_____
Name

☑ No                          ☐ Contingent
☐ Yes. Specify each creditor,   ☐ Unliquidated
including this creditor and its relative   ☐ Disputed
priority.
_____

| 2.3 | **North Link Group, Inc.** | Describe debtor's property that is subject to a lien | $10,000.00 | $713,220.31 |

Creditor's Name

**10101 Reunion Pl., Ste. 970**
**San Antonio, TX 78216**

Creditor's mailing address

**kathy.stout@gmail.com**

Creditor's email address, if known

**Date debt was incurred**
**11/21/2017**
Last 4 digits of account number

**Do multiple creditors have an**
**interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its
priority.

**All assets of the Debtor - priority 3**

_____

**Describe the lien**
**Contractual lien**
**Is the creditor an insider or related party?**
☐ No
☑ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | $76,490.12 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Michael St. James**<br>**St. James Law, P.C.**<br>**22 Battery St., Ste. 888**<br>**San Francisco, CA 94111** | Line   **2.1** | |

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

---

**Fill in this information to identify the case:**

Debtor name   **Aperion Biologics, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an amended filing

---

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Anthony Viscogliosi**<br>**505 Park Ave.**<br>**New York, NY 10022** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$416,800.00** | **$12,850.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Compensation** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Daniel Lee**<br>**22527 Lynridge Dr.**<br>**San Antonio, TX 78260** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$440,357.16** | **$12,850.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Compensation** | | |
| | Last 4 digits of account number **3970**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

---

| Debtor | **Aperion Biologics, Inc.** | Case number *(if known)* | |
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $58,377.25 | $12,850.00 |
| | **Nilda Agron** | *Check all that apply.* | | |
| | **2826 Rio Guadalupe** | ☐ Contingent | | |
| | **San Antonio, TX 78259** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

Date or dates debt was incurred

Basis for the claim:
**Compensation**

Last 4 digits of account number **5467**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**4**)

■ No

☐ Yes

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | | **Amount of claim** |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,034.16** |
| | **AGINKO Research** | ☐ Contingent | |
| | **Route de l'ancienne Papeterie** | ☐ Unliquidated | |
| | **Marly** | ☐ Disputed | |
| | **Switzerland, 1723** | | |
| | Date(s) debt was incurred **1/2016 - 1/2017** | Basis for the claim:  **Services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$406.14** |
| | **Airgas** | ☐ Contingent | |
| | **335 N WW White Road** | ☐ Unliquidated | |
| | **San Antonio, TX 78219** | ☐ Disputed | |
| | Date(s) debt was incurred **1/2016 - 6/2017** | Basis for the claim:  **Services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$142,131.00** |
| | **Al Holcomb** | ☐ Contingent | |
| | **10101 Reunion Pl., Ste. 920** | ☐ Unliquidated | |
| | **San Antonio, TX 78212** | ☐ Disputed | |
| | Date(s) debt was incurred **5/2013 - 9/2017** | Basis for the claim:  **Compensation and convertible notes** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,638.07** |
| | **Albert Uresti** | ☐ Contingent | |
| | **Bexar County Tax Collector** | ☐ Unliquidated | |
| | **PO Box 2903** | ☐ Disputed | |
| | **San Antonio, TX 78299-2903** | | |
| | Date(s) debt was incurred **11/2017** | Basis for the claim: _ | |
| | Last 4 digits of account number **2683** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$43,837.70** |
| | **Arhus University** | ☐ Contingent | |
| | **Tage Hansen Gade 2** | ☐ Unliquidated | |
| | **Aarhus C** | ☐ Disputed | |
| | **Denmark 8000** | | |
| | Date(s) debt was incurred **9/2012 - 6/2014** | Basis for the claim:  **Services** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **Aperion Biologics, Inc.**
_____
Name

Case number (if known) _____

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,256.25 |

**3.6** Nonpriority creditor's name and mailing address
**ArkiMed, LLC**
**22 Gregory Lane**
**Chester Springs, PA 19425**

Date(s) debt was incurred  **9/2014 - 8/201**

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$7,256.25**

---

**3.7** Nonpriority creditor's name and mailing address
**Armanino**
**2735 San Hill Rd., Ste. 205**
**Menlo Park, CA 94025**

Date(s) debt was incurred  **8/2017**

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,400.00**

---

**3.8** Nonpriority creditor's name and mailing address
**AT&T**
**PO Box 5001**
**Carol Stream, IL 60197**

Date(s) debt was incurred  **11/2017**

Last 4 digits of account number  **0174**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$938.89**

---

**3.9** Nonpriority creditor's name and mailing address
**Bert Quint**
**Buehlastrasse 8c**
**Kuesnacht**
**Switzerland 8700**

Date(s) debt was incurred  **12/2014 - 5/2015**

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$37,000.00**

---

**3.10** Nonpriority creditor's name and mailing address
**Beyer Mechanical**
**4711 Broom**
**San Antonio, TX 78217**

Date(s) debt was incurred  **11/2015**

Last 4 digits of account number  **1273**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$532.07**

---

**3.11** Nonpriority creditor's name and mailing address
**Bruce Katz**
**409 Summit Avenue**
**Mill Valley, CA 94941**

Date(s) debt was incurred  **5/2013 - 4/2014**

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Convertible notes**

Is the claim subject to offset? ■ No  ☐ Yes

**$398,039.00**

---

**3.12** Nonpriority creditor's name and mailing address
**Bruce Stone**
**2111 North 43rd Avenue**
**Hollywood, FL 33021**

Date(s) debt was incurred  **5/2014 - 6/2015**

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Convertible notes**

Is the claim subject to offset? ■ No  ☐ Yes

**$153,907.00**

---

Debtor  **Aperion Biologics, Inc.**

Name

Case number (if known)

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,007.71 |

**Canon Financial Services, Inc.**
**158 Gaither Drive**
**Mount Laurel, NJ 08054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/2017 - 10/2017

Basis for the claim:  **Office equipment lease**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $750.00 |

**Charles River**
**251 Ballardvale Street**
**Wilmington, MA 01887**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/2015

Basis for the claim:  **Services**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,226.08 |

**Clinica Cemtro**
**Av. del Ventisquero de la Condesa, 42**
**Madrid**
**Spain 28035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  3/2015

Basis for the claim:  **Services**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,800.00 |

**CMS Corporate Management Services GmbH**
**Schreberweg 7**
**Zurich**
**Switzerland 8044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/2015 - 4/2015

Basis for the claim:  **Services**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $724.09 |

**CPS Energy**
**Bankruptcy Section**
**145 Navarro St.**
**Mail Drop 110910**
**San Antonio, TX 78205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/2017

Basis for the claim:  **Electricity**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,992.26 |

**CRC Imagen en Ensayos**
**Hospital Quiron Barcelona. Planta (-1)**
**Plaza Alfonso Comin, 5 - 7**
**Barcelona, Spain 08023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/2015 - 12/2015

Basis for the claim:  **Services**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,559,093.00 |

**CrossCart LLC**
**3727 Buchanan St., Ste 300**
**San Francisco, CA 94123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/2012 - 9/2017

Basis for the claim:  **Convertible notes**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Aperion Biologics, Inc.**
_____    Case number (if known) _____
Name

| | |
|---|---|
| 3.20 | **Nonpriority creditor's name and mailing address** |

**CrossCart LLC**
**3727 Buchanan St., Ste 300**
**San Francisco, CA 94123**

Date(s) debt was incurred  _2/2014 - 7/2015_

Last 4 digits of account number  ___

**As of the petition filing date, the claim is:** Check all that apply.      **$1,700.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Services**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| | |
|---|---|
| 3.21 | **Nonpriority creditor's name and mailing address** |

**CrossCart LLC**
**3727 Buchanan St., Ste 300**
**San Francisco, CA 94123**

Date(s) debt was incurred  _5/2015 - 6/2016_

Last 4 digits of account number  ___

**As of the petition filing date, the claim is:** Check all that apply.      **$16,860.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Legal fees**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| | |
|---|---|
| 3.22 | **Nonpriority creditor's name and mailing address** |

**Crossover Healthcare Fund**
**One Federal Street, 28th Floor**
**Boston, MA 02110**

Date(s) debt was incurred  _2/2015 - 10/2015_

Last 4 digits of account number  ___

**As of the petition filing date, the claim is:** Check all that apply.      **$1,355,906.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Convertible notes**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| | |
|---|---|
| 3.23 | **Nonpriority creditor's name and mailing address** |

**Curators of the University of Missouri**
**475 McReynolds Hall**
**Columbia, MO 65211**

Date(s) debt was incurred  _12/2014 - 7/2016_

Last 4 digits of account number  ___

**As of the petition filing date, the claim is:** Check all that apply.      **$70,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Services**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| | |
|---|---|
| 3.24 | **Nonpriority creditor's name and mailing address** |

**David Anderson**
**514 Lynmore Rd.**
**Bryn Mawr, PA 19010**

Date(s) debt was incurred  _7/2013 - 9/2017_

Last 4 digits of account number  ___

**As of the petition filing date, the claim is:** Check all that apply.      **$112,916.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Compensation**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| | |
|---|---|
| 3.25 | **Nonpriority creditor's name and mailing address** |

**David C. Cocke**
**28 Cutter Green**
**San Antonio, TX 78248**

Date(s) debt was incurred  _12/2014 - 4/2017_

Last 4 digits of account number  ___

**As of the petition filing date, the claim is:** Check all that apply.      **$271,750.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Compensation**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| | |
|---|---|
| 3.26 | **Nonpriority creditor's name and mailing address** |

**e.mersion studios LLC**
**22 Southview Drive**
**Wallingford, CT 06492**

Date(s) debt was incurred  _10/2015 - 11/2017_

Last 4 digits of account number  ___

**As of the petition filing date, the claim is:** Check all that apply.      **$51,707.54**

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  **Services**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | **Aperion Biologics, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,785.00** |
|---|---|---|---|
| | **ENV Services**<br>**2880 Bergey Rd., Ste K**<br>**Manchester, MA 01944** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **9/2014 - 11/2014** | Basis for the claim:  **Services** | |
| | Last 4 digits of account number  **4001** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,055.19** |
|---|---|---|---|
| | **FedEx**<br>**PO Box 660481**<br>**Dallas, TX 75266** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2/2016 - 3/2016** | Basis for the claim:  **Shipping** | |
| | Last 4 digits of account number  **3546** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$87,500.00** |
|---|---|---|---|
| | **France Dixon Helfer**<br>**1201 Calle Toledo**<br>**San Clemente, CA 92672** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **9/2015 - 9/2017** | Basis for the claim:  **Compensation** | |
| | Last 4 digits of account number  **_** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,476.42** |
|---|---|---|---|
| | **Fundacio Garcia Cugat**<br>**Calle Madrazo No 43**<br>**Barcelona**<br>**Spain 08036** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **10/2015 - 3/2013** | Basis for the claim:  **Services** | |
| | Last 4 digits of account number  **_** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$807.26** |
|---|---|---|---|
| | **Fundacio Unio**<br>**C/ Bruc 72-74 1 panta**<br>**Barcelona**<br>**Spain 08009** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2/2014** | Basis for the claim:  **Services** | |
| | Last 4 digits of account number  **_** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$146,942.01** |
|---|---|---|---|
| | **Gunn, Lee & Cave, P.C.**<br>**300 Convent Stt., Ste. 1080**<br>**San Antonio, TX 78205** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **2/2014 - 11/2017** | Basis for the claim:  **Services** | |
| | Last 4 digits of account number  **_** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,141.12** |
|---|---|---|---|
| | **Idem Translations, Inc.**<br>**550 S. California Ave., Ste. 310**<br>**Palo Alto, CA 94306** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **9/2014 - 10/2017** | Basis for the claim:  **Services** | |
| | Last 4 digits of account number  **_** | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor **Aperion Biologics, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,009.66** |

**3.34**

**Nonpriority creditor's name and mailing address**

**Imagen En Ensayos Clinicos SL**
**Av. Principie de Asturias**
**34-45, 4Pl.**
**Barcelona, Spain 08012**

Date(s) debt was incurred  2/2014 - 5/2014

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,009.66**

---

**3.35**

**Nonpriority creditor's name and mailing address**

**Instituti Ortopedici Rizzoli**
 **via di Barbiano 1/10**
**Bologna**
**Italy 40136**

Date(s) debt was incurred  10/2012 - 10/2015

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$37,001.33**

---

**3.36**

**Nonpriority creditor's name and mailing address**

**Isala Klineiken**
**Postbus 10400**
**Zwolle**
**Netherlands 8000**

Date(s) debt was incurred  10/2012 - 5/2014

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$24,576.24**

---

**3.37**

**Nonpriority creditor's name and mailing address**

**JP Capdevielle**
**2 Rue Iduski Alde**
**Urrugne**
**France 64122**

Date(s) debt was incurred  1/2016 - 10/2017

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$268,967.15**

---

**3.38**

**Nonpriority creditor's name and mailing address**

**Ken Harvey**
**8826 SW 12th St.**
**Gainesville, FL 32607**

Date(s) debt was incurred  6/2014 -  1/2017

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,871.25**

---

**3.39**

**Nonpriority creditor's name and mailing address**

**Kevin R. Stone**
**One Throck Morton Lane**
**Mill Valley, CA 94941**

Date(s) debt was incurred  1/2017 - 10/2017

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Compensation, services, convertible notes**
**(claims for expense reimbursement and consulting invoices were**
**submitted to the Debtor, but are unreviewed and potentially subject**
**to adjustment)**

Is the claim subject to offset? ■ No  ☐ Yes

**$693,776.19**

---

**3.40**

**Nonpriority creditor's name and mailing address**

**Laegemiddelstyrelsen**
**Axel Heides Gade 1**
**Kobenhavn S**
**Denmark 2300**

Date(s) debt was incurred  9/2013 - 10/2017

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$852.84**

---

| Debtor | **Aperion Biologics, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$115,455.04** |
|---|---|---|---|

**Lance Johnson**
**102 Bobwhite Cove**
**Dripping Springs, TX 78620**

Date(s) debt was incurred  **11/2012 - 8/2017**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Compensation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$72,722.74** |
|---|---|---|---|

**Marcum LLP**
**750 Third Avenue**
**Weston, MA 02493**

Date(s) debt was incurred  **12/2015 - 11/2017**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35,955.90** |
|---|---|---|---|

**Mark G. Lappin**
**29 Bakers Hill Road**
**Weston, MA 02493**

Date(s) debt was incurred  **10/2014 - 7/2017**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,953.02** |
|---|---|---|---|

**Medical Metrics Inc.**
**Department 957**
**PO Box 4346**
**Houston, TX 77210**

Date(s) debt was incurred  **1/2016 - 8/2017**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$133,243.35** |
|---|---|---|---|

**MedPass International**
**95 Bis Boulevard Pereire**
**Paris**
**France 75017**

Date(s) debt was incurred  **12/2012 - 10/2017**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28,339.00** |
|---|---|---|---|

**Michael Kaplan**
**85 N. Racebrook Rd.**
**Woodbridge, CT 06525**

Date(s) debt was incurred  **1/2016**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Convertible notes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$93,750.00** |
|---|---|---|---|

**Michael Ward**
**2221 Forestview Rd.**
**Evanston, IL 60201**

Date(s) debt was incurred  **3/2014 - 9/2017**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Compensation**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Aperion Biologics, Inc.** | | Case number (if known) | |
|--------|------|---|--------------------|---|
| | Name | | | |

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $635.26 |
|------|--------------------------------------------------|------------------------------------|--------|

**MIDT**
**Denvidenskabetiske Komite**
**For Region MIDT Jylland, Skottenborg**
**Viborg, Denmark 8900**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/2012

Basis for the claim:  Services

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $509,816.84 |
|------|--------------------------------------------------|------------------------------------|--------|

**Morgan Lewis & Bockius LLP**
**One Market, Spear Street Tower**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/2015 -10/2017

Basis for the claim:  Services

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $705.00 |
|------|--------------------------------------------------|------------------------------------|--------|

**Mueller Water Conditioning, Inc.**
**1500 Sherwood Forest Drive**
**Houston, TX 77043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/2013

Basis for the claim:  Services

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,893.75 |
|------|--------------------------------------------------|------------------------------------|--------|

**Musculoskeletal Clin/Reg Advisers LLC**
**1331 H Street NW 12th Floor**
**Washington, DC 20005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/2016 - 1/2017

Basis for the claim:  Services

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,618.42 |
|------|--------------------------------------------------|------------------------------------|--------|

**Nasdaq**
**401 Market Street**
**Philadelphia, PA 19106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/2017

Basis for the claim:  Services

Last 4 digits of account number  3970

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,220.00 |
|------|--------------------------------------------------|------------------------------------|--------|

**Nelson Laboratories, Inc.**
**6280 S Redwood Rd.**
**Salt Lake City, UT 84123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/2016

Basis for the claim:  Services

Last 4 digits of account number  0001

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $62,867.00 |
|------|--------------------------------------------------|------------------------------------|--------|

**North Berwick Capital**
**North Berwick Capital LP**
**1101 Lafayette Road**
**Bryn Mawr, PA 19010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/2014

Basis for the claim:  Convertible notes

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Aperion Biologics, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$39,028.65** |
|---|---|---|---|

**Now Labs**
**80 Monte Cimas Avenue**
**Mill Valley, CA 94775**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **7/2015 - 7/2016**

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,360.34** |
|---|---|---|---|

**Oliver-Tolas**
**905 Pennsylvania Blvd**
**Feasterville Trevose, PA 19053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2015 - 11/2015**

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$31,478.00** |
|---|---|---|---|

**Padgett, Strattemann & Co., LLP (RSM)**
**100 NE Loop 410, Suite 1100**
**Feasterville Trevose, PA 19053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/2015 - 2/2016**

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,502.36** |
|---|---|---|---|

**PDP Couriers**
**71 S. Central Avenue**
**Valley Stream, NY 11580**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/2017 - 10/2017**

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00** |
|---|---|---|---|

**Petro Arvanitis**
**6 Graham Terrace**
**West Roxbury, MA 02132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2015 - 11/2015**

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,808.93** |
|---|---|---|---|

**Physician Sales & Service, Inc.**
**PO Box 846260**
**Dallas, TX 75284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2014**

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$195.00** |
|---|---|---|---|

**PR Newswire**
**GPO Box 5897**
**New York, NY 10087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/2016**

Basis for the claim:  **Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Aperion Biologics, Inc.**
_____
         Name

Case number (*if known*) _____

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,451.06** |
|------|------|------|------|

**Premium Assignment Corporation**
**3522 Thomasville Rd., Ste. 400**
**Tallahassee, FL 32309**

Date(s) debt was incurred  **11/2017**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Services**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$252.37** |
|------|------|------|------|

**Principal Financial-Ins**
**PLIC-SBD Grand Island**
**PO Box 10372**
**Des Moines, IA 50306-0372**

Date(s) debt was incurred  **10/2016**

Last 4 digits of account number  **0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Services**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$451.03** |
|------|------|------|------|

**R.S. Hughes**
**5018 Service Center Drive**
**San Antonio, TX 78218**

Date(s) debt was incurred  **10/2014**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Services**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|------|------|------|------|

**Richard Robinson**
**9910 NW 57 Place**
**Gainesville, FL 32653**

Date(s) debt was incurred  **8/2017**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Services**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$51,010.00** |
|------|------|------|------|

**Roland Glaser**
**905 S. Lake St., Ste. 203**
**Burbank, CA 91502**

Date(s) debt was incurred  **1/2016**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Convertible notes**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$28,339.00** |
|------|------|------|------|

**Rudolph Mazurosky**
**69 Quali Run Rd.**
**Woodbury, CT 06798**

Date(s) debt was incurred  **1/2016**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Convertible notes**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$693.75** |
|------|------|------|------|

**Sandra Navarrete**
**2701 Firecrest Drive**
**Austin, TX 78748**

Date(s) debt was incurred  **1/2016 - 2/2016**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Compensation**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor   **Aperion Biologics, Inc.**                                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$15,512.50** |

**Schriver Carmona Carrera PLLC**
**5805 Callaghan Rd., Ste. 301**
**San Antonio, TX 78228**

Date(s) debt was incurred  **9/2015 - 10/2015**

Last 4 digits of account number ____

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$15,512.50**

---

3.70   **Nonpriority creditor's name and mailing address**

**SGS Life Science Services**
**PO Box 2502**
**Carol Stream, IL 60132-2502**

Date(s) debt was incurred  **10/2013**

Last 4 digits of account number ____

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$410.00**

---

3.71   **Nonpriority creditor's name and mailing address**

**Shockwatch**
**Dept. 41001**
**PO Box 650020**
**Dallas, TX 75265**

Date(s) debt was incurred  **1/2015**

Last 4 digits of account number ____

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Convertible notes**

Is the claim subject to offset? ☐ No ☐ Yes

**$269.78**

---

3.72   **Nonpriority creditor's name and mailing address**

**Spear Realty**
**520 Springfield**
**PO Box 334**
**Coopersburg, PA 18036**

Date(s) debt was incurred  **5/2015 - 12/2015**

Last 4 digits of account number ____

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Convertible notes**

Is the claim subject to offset? ☐ No ☐ Yes

**$150,355.00**

---

3.73   **Nonpriority creditor's name and mailing address**

**Stephanie Twomey**
**128 Clarke Dr.**
**San Mateo, CA 94402**

Date(s) debt was incurred  **5/2014 - 6/2015**

Last 4 digits of account number ____

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Convertible notes**

Is the claim subject to offset? ☐ No ☐ Yes

**$63,400.00**

---

3.74   **Nonpriority creditor's name and mailing address**

**Stewart Irving**
**4414 Clarewood Drive**
**Oakland, CA 94618**

Date(s) debt was incurred  **10/2015**

Last 4 digits of account number ____

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Convertible notes**

Is the claim subject to offset? ■ No ☐ Yes

**$115,667.00**

---

3.75   **Nonpriority creditor's name and mailing address**

**Stone Clinic**
**3727 Buchanan St., Ste. 300**
**San Francisco, CA 94123**

Date(s) debt was incurred  **1/2014 - 8/2015**

Last 4 digits of account number ____

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$27,599.00**

---

Debtor **Aperion Biologics, Inc.**

Name
Case number *(if known)*

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,915.00 |

**Stone Research Foundation**
3727 Buchanan St., Ste. 300
San Francisco, CA 94123

Date(s) debt was incurred  **5/2015 - 10/2015**
Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,745.87 |

**STS Biomedical Consulting**
1532 Raphis Royale Blvd.
Englewood, FL 34223

Date(s) debt was incurred  **3/2014 -1/2016**
Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,750.00 |

**Sutter Securities Incorporated**
 220 Montgomery St., Ste. 1700
San Francisco, CA 94104-3539

Date(s) debt was incurred  **7/2015 - 10/2016**
Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $179,819.39 |

**TekTeam, LLC**
2225 East Bayshore Road, #223
Palo Alto, CA 94303

Date(s) debt was incurred  **7/2014 - 2/2017**
Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services and convertible notes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,793.75 |

**The Law Office of Janet M. Drewry**
11122 Wurzbach Rd., Suite 104
San Antonio, TX 78230

Date(s) debt was incurred  **4/2015 - 8/2016**
Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $63,448.38 |

**The Thembakazi Trust**
**River Center Main Road**
**Rondebosch, Western Cape**
**South Africa**

Date(s) debt was incurred  **5/2013 - 5/2016**
Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $19,228.00 |

**Thomas J. Turek**
840 Crespi Drive
Pacifica, CA 94044

Date(s) debt was incurred  **1/2015 - 5/2015**
Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Aperion Biologics, Inc.** | Case number (if known) | |
|--------|------------------------------|------------------------|--|
| | Name | | |

---

**3.83** | Nonpriority creditor's name and mailing address

**Tiger Sanitation**
**PO Box 200143**
**San Antonio, TX 78220**

Date(s) debt was incurred  **3/2017 - 7/2017**

Last 4 digits of account number  **9543**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ☐ No ☐ Yes

**$283.61**

---

**3.84** | Nonpriority creditor's name and mailing address

**Toxikon Corp**
**15 Wiggins Avenue**
**Bedford, MA 01730**

Date(s) debt was incurred  **11/2013**

Last 4 digits of account number  **2226**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,635.00**

---

**3.85** | Nonpriority creditor's name and mailing address

**University Hospital-Ghent**
**De Pintelaan 185**
**Gent**
**Belgium 9000**

Date(s) debt was incurred  **12/2012 - 11/2015**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$10,401.07**

---

**3.86** | Nonpriority creditor's name and mailing address

**University of MO**
**475 McReynolds Hall**
**Columbia, MO 65211**

Date(s) debt was incurred  **3/2015**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services and convertible notes**

Is the claim subject to offset? ■ No ☐ Yes

**$126,350.00**

---

**3.87** | Nonpriority creditor's name and mailing address

**University of Nebraska-Lincoln**
**312 N 14th St., Alexander Bldg. W**
**Lincoln, NE 68588-0430**

Date(s) debt was incurred  **1/2015**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$95,261.50**

---

**3.88** | Nonpriority creditor's name and mailing address

**University of Nebraska-Lincoln, BPDF**
**820 N. 16th Street**
**304A Othmer Hall**
**Lincoln, NE 68588**

Date(s) debt was incurred  **1/2016 - 20/2017**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$10,800.00**

---

**3.89** | Nonpriority creditor's name and mailing address

**Uri Galili**
**910 S. Michigan Ave., Apt. 1404**
**Chicago, IL 60605**

Date(s) debt was incurred  **4/2013 - 9/2016**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$219,999.99**

---

Debtor   **Aperion Biologics, Inc.**
      Name

Case number (*if known*) _____

---

| 3.90 | **Nonpriority creditor's name and mailing address**<br>**Vigilant Bioservices, LLC**<br>**UMD BioPark**<br>**801 West Baltimore St., Ste. 303**<br>**Baltimore, MD 21201** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$28,880.00** |
|---|---|---|---|
| | Date(s) debt was incurred  **7/2016 - 12/2017** | **Basis for the claim:**  **Services** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.91 | **Nonpriority creditor's name and mailing address**<br>**Vintage**<br>**350 Hudson Street, Suite 300**<br>**New York, NY 10014** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$16,095.50** |
|---|---|---|---|
| | Date(s) debt was incurred  **10/2015 - 1/2016** | **Basis for the claim:**  **Services** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.92 | **Nonpriority creditor's name and mailing address**<br>**Viscogliosi Brothers, LLC**<br>**505 Park Avenue**<br>**New York, NY 10022** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **$572,726.72** |
|---|---|---|---|
| | Date(s) debt was incurred  **8/2016 - 4/2017** | **Basis for the claim:**  **Services and convertible notes** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.93 | **Nonpriority creditor's name and mailing address**<br>**WebEx**<br>**Mail Stop RTP4E/3**<br>**7025-4 Kit Creek Road**<br>**Durham, NC 27709** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$424.32** |
|---|---|---|---|
| | Date(s) debt was incurred  **12/2016 - 8/2017** | **Basis for the claim:**  **Services** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.94 | **Nonpriority creditor's name and mailing address**<br>**World Courier**<br>**800 Broadway St.**<br>**San Antonio, TX 78215** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$14,383.55** |
|---|---|---|---|
| | Date(s) debt was incurred  **4/2013 - 11/2014** | **Basis for the claim:**  **Services** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.95 | **Nonpriority creditor's name and mailing address**<br>**Worldwide Express**<br>**11467 Huebner Rd., Ste. 125**<br>**San Antonio, TX 78230** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$232.43** |
|---|---|---|---|
| | Date(s) debt was incurred  **7/2013** | **Basis for the claim:**  **Services** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.96 | **Nonpriority creditor's name and mailing address**<br>**Worldwide Pest Control**<br>**5808 West IH 10**<br>**San Antonio, TX 78201** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$381.60** |
|---|---|---|---|
| | Date(s) debt was incurred  **7/2017 - 9/2017** | **Basis for the claim:**  **Services** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

Debtor    **Aperion Biologics, Inc.**                                  Case number (if known) _____
_____
Name

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Altus Global Trade Solutions**<br>**6800 Broken Sound Parkway**<br>**Boca Raton, FL 33487** | Line **3.79**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Barnett & Garcia**<br>**3821 Juiper Trace, Suite 108**<br>**Austin, TX 78738** | Line **3.53**<br>☐ Not listed. Explain ____ | **0001** |
| 4.3 | **RMS**<br>**PO Box 361598**<br>**Columbus, OH 43236** | Line **3.63**<br>☐ Not listed. Explain ____ | **0001** |
| 4.4 | **SKO Brenner American**<br>**PO Box 9320**<br>**Baldwin, NY 11510** | Line **3.91**<br>☐ Not listed. Explain ____ | _ |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 915,534.41 |
| 5b. Total claims from Part 2 | 5b. + | $ 16,589,029.39 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 17,504,563.80 |

**Fill in this information to identify the case:**

Debtor name    **Aperion Biologics, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Corporate and product liability insurance** |
| State the term remaining | **2 months** |
| List the contract number of any government contract | **Alamo Insurance Group**<br>**3201 Cherry Ridge Rd., Ste. D405**<br>**San Antonio, TX 78230** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Lease of office equipment** |
| State the term remaining | **29 months** |
| List the contract number of any government contract | **Canon Solutions America**<br>**One Cannon Pk.**<br>**Melville, NY 11747** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Consulting agreement** |
| State the term remaining | |
| List the contract number of any government contract | **Kevin Stone**<br>**3727 Buchanan St., Ste. 300**<br>**San Francisco, CA 94123** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Employment agreement** |
| State the term remaining | |
| List the contract number of any government contract | **Nilda Agron**<br>**11969 Starcrest Dr.**<br>**San Antonio, TX 78247** |

Debtor 1    **Aperion Biologics, Inc.**

      First Name      Middle Name      Last Name

Case number *(if known)* _____

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease for the premises located at 11969 Starcrest Dr., San Antonio, TX 78247** | |
|---|---|---|---|
| | State the term remaining | **13 months** | |
| | List the contract number of any government contract | | **Omninet Blossom, LLC 921120 Wilshire Blvd., 4th Fl. Beverly Hills, CA 90312** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Uri Galili 910 S. Michigan Ave., Apt. 1404 Chicago, IL 60605** |

**Fill in this information to identify the case:**

Debtor name     **Aperion Biologics, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | _____ | Street _____ <br> City   State   Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | Street _____ <br> City   State   Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | Street _____ <br> City   State   Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | Street _____ <br> City   State   Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case:**

Debtor name    **Aperion Biologics, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From  **1/01/2017** to **Filing Date** | ■ Operating a business ☐ Other _____ | **$0.00** |
   | **For prior year:** From  **1/01/2016** to **12/31/2016** | ■ Operating a business ☐ Other _____ | **$0.00** |
   | **For year before that:** From  **1/01/2015** to **12/31/2015** | ■ Operating a business ☐ Other _____ | **$3,024.15** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
   |---|---|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Aperion Biologics, Inc.** _____    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Humana**<br>**PO Box 14209**<br>**Lexington, KY 40512** | **9/25/2017,**<br>**10/13/2017** | **$6,549.06** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.2. **Daniel Lee**<br>**22527 Lynridge Dr.**<br>**San Antonio, TX 78260** | **10/11/2017** | **$11,072.20** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **Expense reimbursement** |
| 3.3. **Morgan, Lewis, Bockius**<br>**One Market**<br>**San Francisco, CA 94105** | **10/12/2017** | **$10,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.4. **Omninet Blossom**<br>**9420 Wilshire Blvd., 4th Fl.**<br>**Beverly Hills, CA 90212** | **9/22/2017,**<br>**10/13/2017** | **$7,208.95** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **David C. Cocke**<br>**28 Cutter Green**<br>**San Antonio, TX 78248**<br>**Officer/consultant** | **1/17/17,**<br>**2/9/17,**<br>**2/21/17,**<br>**3/20/17,**<br>**5/12/17,**<br>**7/31/17,**<br>**8/4/17,**<br>**11/30/17** | **$35,405.35** | **Services and expense reimbursement** |

Debtor    **Aperion Biologics, Inc.**                                     Case number *(if known)*

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.2.  **Daniel Lee**<br>**22527 Lynridge Dr.**<br>**San Antonio, TX 78260**<br>**Officer/consultant** | **12/29/17,**<br>**1/12/17,**<br>**1/18/17,**<br>**1/25/17,**<br>**1/31/17,**<br>**2/10/17,**<br>**2/16/17,**<br>**2/28/17,**<br>**3/3/17,**<br>**3/6/17,**<br>**3/15/17,**<br>**3/31/17,**<br>**4/19/17,**<br>**5/10/17,**<br>**6/1/17,**<br>**6/13/17,**<br>**6/16/17,**<br>**6/20/17,**<br>**6/30/17,**<br>**7/18/17,**<br>**7/24/17,**<br>**7/28/17,**<br>**8/1/17,**<br>**8/8/17,**<br>**8/22/17,**<br>**8/24/17,**<br>**9/1/17,**<br>**10/13/17** | **$99,897.88** | **Services and expense reimbursement** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Debtor  **Aperion Biologics, Inc.** _____  Case number *(if known)* _____

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
| --- | --- |

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
| --- | --- | --- | --- |

| Part 5: | Certain Losses |
| --- | --- |

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
| --- | --- | --- | --- |
| **Theft of company and personal property** | **1783.00** | **1/8/2017** | **$2,810.97** |

| Part 6: | Certain Payments or Transfers |
| --- | --- |

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- | --- |
| 11.1. | **Bielli & Klauder, LLC**<br>**1204 N. King St.**<br>**Wilmington, DE 19801** | **Attorney Fees** | **11/27/2017** | **$10,000.00** |
| | **Email or website address**<br>**dklauder@bk-legal.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Armanino LLP**<br>**2735 Hill Rd.**<br>**Menlo Park, CA 94025** | | **8/27/2017** | **$2,500.00** |
| | **Email or website address**<br>**armaninollp.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case

Debtor    **Aperion Biologics, Inc.**                              Case number *(if known)* _____

to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

   **Clinical trial data** _____

   Does the debtor have a privacy policy about that information?
   ☐ No
   ■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

   ☐ No Go to Part 10.
   ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Debtor  **Aperion Biologics, Inc.**                                    Case number *(if known)* _____

**Principal Financial** _____    EIN:  **94-3254618** _____

Has the plan been terminated?
☐ No
■ Yes

---

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
| --- | --- |

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

---

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
| --- | --- |

**21. Property held for another**
List any property the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

| Part 12: | Details About Environment Information |
| --- | --- |

For the purpose of Part 12, the following definitions apply:
  *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

  *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

  *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Aperion Biologics, Inc.**                                        Case number *(if known)*

☑ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | David C. Cocke 28 Cutter Green San Antonio, TX 78248 | 9/2008 - 5/2017 |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26b.1. | Marcum LLP 750 Third Ave. New York, NY 10017 | 6/2015 - current |

   26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

Debtor    **Aperion Biologics, Inc.**                                Case number *(if known)*

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|

26d.1.    **Argo Insurance**
**225 W. Washington St., 24th Fl.**
**Chicago, IL 60606**

26d.2.    **Alamo Insurance Group, Brown & Brown Inc**
**3201 Cherry Ridge Dr., Ste D405**
**San Antonio, TX 78230**

26d.3.    **Armanino LLP**
**2735 Hill Rd.**
**Menlo Park, CA 94025**

26d.4.    **Bioventus**
**4721 Emperor Blvd., Ste. 100**
**Durham, NC 27703**

26d.5.    **Crossover Healthcare Fund**
**One Federal St., 28th Fl.**
**Boston, MA 02110**

26d.6.    **Dan Reiner**
**3561 Fertile Valley Rd.**
**Newport, WA 99156**

26d.7.    **David Klein**
**84 SW. 18th St.**
**Boca Raton, FL 33486**

26d.8.    **Fjord Ventures**
**26051 Merit Cir., Ste. 102**
**Laguna Hills, CA 92653**

26d.9.    **Maxim**
**405 Lexington Ave.**
**New York, NY 10174**

26d.10.    **Morrissey, Wilson, & Zafiropoulos, LLP**
**35 Braintree Hill Office Park, Ste. 404**
**Braintree, MA 02184**

26d.11.    **MTF**
**125 May St.**
**Edison, NJ 08837**

26d.12.    **Neil Armstrong**
**The Coach House**
**Pottery Lane, Littlethorpe Rivon**
**North Yorkshire, United Kingdom H943LP**

26d.13.    **Nicholas Hartnell**
**21 St. Jude Bowral**
**NSW, Australia 2576**

26d.14.    **North Berwick Capital**
**1101 Lafayette Rd.**
**Bryn Mawr, PA 19010**

26d.15.    **US Securities and Exchange Commission**
**100 F St., NE**
**Washington, DC 20549**

Debtor    **Aperion Biologics, Inc.**                                    Case number *(if known)* _____

| Name and address |
|---|
| 26d.16.  **Viscogliosi Brothers, LLC**<br>**505 Park Ave.**<br>**New York, NY 10022** |
| 26d.17.  **Vision Capital Partners**<br>**999 Murray Holiday Rd., Ste 101**<br>**Salt Lake City, UT 84117** |
| 26d.18.  **Weild Capital, LLC**<br>**747 3rd Ave., 2nd Fl.**<br>**New York, NY 10017** |
| 26d.19.  **WR Hambrecht & Co.**<br>**909 Montgomery St., 3rd Fl.**<br>**San Francisco, CA 94133** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1  **Nilda Agron** | | |
| . | **11/2016** | **27678.18 - book value** |

| Name and address of the person who has possession of inventory records |
|---|
| **Nilda Agron**<br>**11969 Starcrest Dr.**<br>**San Antonio, TX 78247** |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Kevin Stone | 3727 Buchanan St., Ste. 300<br>San Francisco, CA 94123 | Vice Chairman, CSO | 75 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| David Anderson | 514 Lynmore Rd.<br>Bryn Mawr, PA 19010 | Director | 1 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Alfred Holcomb | 10101 Reunion Pl.<br>San Antonio, TX 78216 | Director | 1 |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No

■ Yes. Identify below.

Debtor    **Aperion Biologics, Inc.**                          Case number *(if known)*

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| David C. Cocke | 28 Cutter Green<br>San Antonio, TX 78248 | CFO | 7/2008 - 5/ 2017 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| France Dixon Helfer | 1201 Calle Toledo<br>San Clemente, CA 92672 | Director | 4/2014 - 5/2017 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Daniel Lee | 22527 Lynridge Dr.<br>San Antonio, TX 78260 | COO | 8/2008 - 5/2017 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Anthony G. Viscogliosi | 505 Park Ave.<br>New York, NY 10022 | CEO | 8/2016 - 10/2017 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Mike Ward | 2221 Forestview Rd., 14th Fl.<br>Evanston, IL 60201 | Director | 4/2014 - 11/2017 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ☑ No
    ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

    ☑ No
    ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

    ☑ No
    ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

Debtor    **Aperion Biologics, Inc.**                                Case number *(if known)*

---

**Part 14:**  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **December  6, 2017**

**/s/ James B. Smith**                                **James B. Smith**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Interim Chief Financial Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
### District of Delaware

In re   **Aperion Biologics, Inc.** _____   Case No. _____

                                    Debtor(s)      Chapter   **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Interim Chief Financial Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **December 6, 2017** _____      **/s/ James B. Smith** _____

                                              **James B. Smith**/**Interim Chief Financial Officer**
                                              Signer/Title

APERION BIOLOGICS, INC.
11969 STARCREST DRIVE
SAN ANTONIO, TX 78247

.

DAVID M. KLAUDER
BIELLI & KLAUDER, LLC
1204 N. KING ST.
WILMINGTON, DE 19801

AGINKO RESEARCH
ROUTE DE L'ANCIENNE PAPETERIE
MARLY
SWITZERLAND, 1723

AIRGAS
335 N WW WHITE ROAD
SAN ANTONIO, TX 78219

AL HOLCOMB
10101 REUNION PL., STE. 920
SAN ANTONIO, TX 78212

ALAMO INSURANCE GROUP
3201 CHERRY RIDGE RD., STE. D405
SAN ANTONIO, TX 78230

ALBERT URESTI
BEXAR COUNTY TAX COLLECTOR
PO BOX 2903
SAN ANTONIO, TX 78299-2903

ALTUS GLOBAL TRADE SOLUTIONS
6800 BROKEN SOUND PARKWAY
BOCA RATON, FL 33487

ANTHONY VISCOGLIOSI
 505 PARK AVE.
NEW YORK, NY 10022

ARHUS UNIVERSITY
TAGE HANSEN GADE 2
AARHUS C
DENMARK 8000

ARKIMED, LLC
22 GREGORY LANE
CHESTER SPRINGS, PA 19425

ARMANINO
2735 SAN HILL RD., STE. 205
MENLO PARK, CA 94025

AT&T
PO BOX 5001
CAROL STREAM, IL 60197

BARNETT & GARCIA
3821 JUIPER TRACE, SUITE 108
AUSTIN, TX 78738

BERT QUINT
BUEHLASTRASSE 8C
KUESNACHT
SWITZERLAND 8700

BEYER MECHANICAL
4711 BROOM
SAN ANTONIO, TX 78217

BRUCE KATZ
409 SUMMIT AVENUE
MILL VALLEY, CA 94941

BRUCE STONE
2111 NORTH 43RD AVENUE
HOLLYWOOD, FL 33021

CANON FINANCIAL SERVICES, INC.
158 GAITHER DRIVE
MOUNT LAUREL, NJ 08054

CANON SOLUTIONS AMERICA
ONE CANNON PK.
MELVILLE, NY 11747

CHARLES RIVER
251 BALLARDVALE STREET
WILMINGTON, MA 01887

CLINICA CEMTRO
AV. DEL VENTISQUERO DE LA C42
MADRID
SPAIN 28035

CMS CORPORATE MANAGEMENTS
SCHREBERWEG 7
ZURICH
SWITZERLAND 8044

CPS ENERGY
BANKRUPTCY SECTION
145 NAVARRO ST.
MAIL DROP 110910
SAN ANTONIO, TX 78205

CRC IMAGEN EN ENSAYOS
HOSPITAL QUIRON BARCELONA. P
PLAZA ALFONSO COMIN, 5 - 7
BARCELONA, SPAIN 08023

CROSSCART LLC
3727 BUCHANAN ST., STE 300
SAN FRANCISCO, CA 94123

CROSSCART, LLC
3727 BUCHANAN ST., STE. 300
SAN FRANCISCO, CA 94123

CROSSOVER HEALTHCARE FUND
ONE FEDERAL STREET, 28TH FLO
BOSTON, MA 02110

CURATORS OF THE UNIVERSITY O
475 MCREYNOLDS HALL
COLUMBIA, MO 65211

DANIEL LEE
22527 LYNRIDGE DR.
SAN ANTONIO, TX 78260

DAVID ANDERSON
514 LYNMORE RD.
BRYN MAWR, PA 19010

IMAGEN EN ENSAYOS CLINICOS SL
AV. PRINCIPIE DE ASTURIAS
34-45, 4PL.
BARCELONA, SPAIN 08012

MARK S. LAPPIN
29 BAKERS HILL ROAD
WESTON, MA 02493

DAVID C. COCKE
28 CUTTER GREEN
SAN ANTONIO, TX 78248

INSTITUTI ORTOPEDICI RIZZOLI
 VIA DI BARBIANO 1/10
BOLOGNA
ITALY 40136

MEDICAL METRICS INC.
DEPARTMENT 957
PO BOX 4346
HOUSTON, TX 77210

E.MERSION STUDIOS LLC
22 SOUTHVIEW DRIVE
WALLINGFORD, CT 06492

ISALA KLINEIKEN
POSTBUS 10400
ZWOLLE
NETHERLANDS 8000

MEDPASS INTERNATIONAL
95 BIS BOULEVARD PEREIRE
PARIS
FRANCE 75017

ENV SERVICES
2880 BERGEY RD., STE K
MANCHESTER, MA 01944

JP CAPDEVIELLE
2 RUE IDUSKI ALDE
URRUGNE
FRANCE 64122

MICHAEL KAPLAN
85 N. RACEBROOK RD.
WOODBRIDGE, CT 06525

FEDEX
PO BOX 660481
DALLAS, TX 75266

KEN HARVEY
8826 SW 12TH ST.
GAINESVILLE, FL 32607

MICHAEL ST. JAMES
ST. JAMES LAW, P.C.
22 BATTERY ST., STE. 888
SAN FRANCISCO, CA 94111

FRANCE DIXON HELFER
1201 CALLE TOLEDO
SAN CLEMENTE, CA 92672

KEVIN R. STONE
ONE THROCK MORTON LANE
MILL VALLEY, CA 94941

MICHAEL WARD
2221 FORESTVIEW RD.
EVANSTON, IL 60201

FUNDACIO GARCIA CUGAT
CALLE MADRAZO NO 43
BARCELONA
SPAIN 08036

KEVIN STONE
3727 BUCHANAN ST., STE. 300
SAN FRANCISCO, CA 94123

MIDT
DENVIDENSKABETISKE KOMITE
FOR REGION MIDT JYLLAND, SKO
VIBORG, DENMARK 8900

FUNDACIO UNIO
C/ BRUC 72-74 1 PANTA
BARCELONA
SPAIN 08009

LAEGEMIDDELSTYRELSEN
AXEL HEIDES GADE 1
KOBENHAVN S
DENMARK 2300

MORGAN LEWIS & BOCKIUS LLP
ONE MARKET, SPEAR STREET TO
SAN FRANCISCO, CA 94105

GUNN, LEE & CAVE, P.C.
300 CONVENT STT., STE. 1080
SAN ANTONIO, TX 78205

LANCE JOHNSON
102 BOBWHITE COVE
DRIPPING SPRINGS, TX 78620

MUELLER WATER CONDITIONING
1500 SHERWOOD FOREST DRIVE
HOUSTON, TX 77043

IDEM TRANSLATIONS, INC.
550 S. CALIFORNIA AVE., STE. 310
PALO ALTO, CA 94306

MARCUM LLP
750 THIRD AVENUE
WESTON, MA 02493

MUSCULOSKELETAL CLIN/REG ALL
1331 H STREET NW 12TH FLOOR
WASHINGTON, DC 20005

NASDAQ
401 MARKET STREET
PHILADELPHIA, PA 19106

PDP COURIERS
71 S. CENTRAL AVENUE
VALLEY STREAM, NY 11580

RUDOLPH MAZUROSKY
69 QUALI RUN RD.
WOODBURY, CT 06798

NELSON LABORATORIES, INC.
6280 S REDWOOD RD.
SALT LAKE CITY, UT 84123

PETRO ARVANITIS
6 GRAHAM TERRACE
WEST ROXBURY, MA 02132

SANDRA NAVARRETE
2701 FIRECREST DRIVE
AUSTIN, TX 78748

NILDA AGRON
2826 RIO GUADALUPE
SAN ANTONIO, TX 78259

PHYSICIAN SALES & SERVICE, INC.
PO BOX 846260
DALLAS, TX 75284

SCHRIVER CARMONA CARRERA P
5805 CALLAGHAN RD., STE. 301
SAN ANTONIO, TX 78228

NILDA AGRON
11969 STARCREST DR.
SAN ANTONIO, TX 78247

PR NEWSWIRE
GPO BOX 5897
NEW YORK, NY 10087

SGS LIFE SCIENCE SERVICES
PO BOX 2502
CAROL STREAM, IL 60132-2502

NORTH BERWICK CAPITAL
NORTH BERWICK CAPITAL LP
1101 LAFAYETTE ROAD
BRYN MAWR, PA 19010

PREMIUM ASSIGNMENT CORPORATION
3522 THOMASVILLE RD., STE. 400
TALLAHASSEE, FL 32309

SHOCKWATCH
DEPT. 41001
PO BOX 650020
DALLAS, TX 75265

NORTH LINK GROUP, INC.
10101 REUNION PL., STE. 970
SAN ANTONIO, TX 78216

PRINCIPAL FINANCIAL-INS
PLIC-SBD GRAND ISLAND
PO BOX 10372
DES MOINES, IA 50306-0372

SKO BRENNER AMERICAN
PO BOX 9320
BALDWIN, NY 11510

NOW LABS
80 MONTE CIMAS AVENUE
MILL VALLEY, CA 94775

R.S. HUGHES
5018 SERVICE CENTER DRIVE
SAN ANTONIO, TX 78218

SPEAR REALTY
520 SPRINGFIELD
PO BOX 334
COOPERSBURG, PA 18036

OLIVER-TOLAS
905 PENNSYLVANIA BLVD
FEASTERVILLE TREVOSE, PA 19053

RICHARD ROBINSON
9910 NW 57 PLACE
GAINESVILLE, FL 32653

STEPHANIE TWOMEY
128 CLARKE DR.
SAN MATEO, CA 94402

OMNINET BLOSSOM, LLC
921120 WILSHIRE BLVD., 4TH FL.
BEVERLY HILLS, CA 90312

RMS
PO BOX 361598
COLUMBUS, OH 43236

STEWART IRVING
4414 CLAREWOOD DRIVE
OAKLAND, CA 94618

PADGETT, STRATTEMANN & CO., LLP (RSM)
100 NE LOOP 410, SUITE 1100
FEASTERVILLE TREVOSE, PA 19053

ROLAND GLASER
905 S. LAKE ST., STE. 203
BURBANK, CA 91502

STONE CLINIC
3727 BUCHANAN ST., STE. 300
SAN FRANCISCO, CA 94123

STONE RESEARCH FOUNDATION
3727 BUCHANAN ST., STE. 300
SAN FRANCISCO, CA 94123

UNIVERSITY OF MO
475 MCREYNOLDS HALL
COLUMBIA, MO 65211

WORLDWIDE PEST CONTROL
5808 WEST IH 10
SAN ANTONIO, TX 78201

STS BIOMEDICAL CONSULTING
1532 RAPHIS ROYALE BLVD.
ENGLEWOOD, FL 34223

UNIVERSITY OF NEBRASKA-LINCOLN
312 N 14TH ST., ALEXANDER BLDG. W
LINCOLN, NE 68588-0430

SUTTER SECURITIES INCORPORATED
 220 MONTGOMERY ST., STE. 1700
SAN FRANCISCO, CA 94104-3539

UNIVERSITY OF NEBRASKA-LINCOLN, BPDF
820 N. 16TH STREET
304A OTHMER HALL
LINCOLN, NE 68588

TEKTEAM, LLC
2225 EAST BAYSHORE ROAD, #223
PALO ALTO, CA 94303

URI GALILI
910 S. MICHIGAN AVE., APT. 1404
CHICAGO, IL 60605

THE LAW OFFICE OF JANET M. DREWRY
11122 WURZBACH RD., SUITE 104
SAN ANTONIO, TX 78230

VIGILANT BIOSERVICES, LLC
UMD BIOPARK
801 WEST BALTIMORE ST., STE. 303
BALTIMORE, MD 21201

THE THEMBAKAZI TRUST
RIVER CENTER MAIN ROAD
RONDEBOSCH, WESTERN CAPE
SOUTH AFRICA

VINTAGE
350 HUDSON STREET, SUITE 300
NEW YORK, NY 10014

THOMAS J. TUREK
840 CRESPI DRIVE
PACIFICA, CA 94044

VISCOGLIOSI BROTHERS, LLC
 505 PARK AVENUE
NEW YORK, NY 10022

TIGER SANITATION
PO BOX 200143
SAN ANTONIO, TX 78220

WEBEX
MAIL STOP RTP4E/3
7025-4 KIT CREEK ROAD
DURHAM, NC 27709

TOXIKON CORP
15 WIGGINS AVENUE
BEDFORD, MA 01730

WORLD COURIER
800 BROADWAY ST.
SAN ANTONIO, TX 78215

UNIVERSITY HOSPITAL-GHENT
DE PINTELAAN 185
GENT
BELGIUM 9000

WORLDWIDE EXPRESS
11467 HUEBNER RD., STE. 125
SAN ANTONIO, TX 78230

# United States Bankruptcy Court
## District of Delaware

In re   **Aperion Biologics, Inc.** _____
                            Debtor(s)

Case No. _____

Chapter   **7** _____


## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)


Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Aperion Biologics, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Crosscart, LLC**
**3727 Buchannan St., Ste. 300**
**San Francisco, CA 94123**


☐ None [*Check if applicable*]


**December  6, 2017** _____
Date

**/s/ David M. Klauder** _____

**David M. Klauder**

Signature of Attorney or Litigant

Counsel for   **Aperion Biologics, Inc.**

**Bielli & Klauder, LLC**
**1204 N. King St.**
**Wilmington, DE 19801**
**302-803-4600 Fax:302-397-2557**
**dklauder@bk-legal.com**